FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JAN - 2 2014

CENTRAL DISTRICT OF CALIFORNIA
BY              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> William Dexter Redwine, <br><br> Defendant. | Case No.: SACR 08-143-DOC <br><br> ORDER OF DETENTION AFTER HEARING <br> [Fed. R. Crim. P. 32.1(a)(6); <br> 18 U.S.C. § 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central District of California for alleged violation(s) of the terms and conditions of (his)/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.  (✓)  The defendant has not met (his)/her burden of establishing by clear and convincing evidence that (he)/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on bail resources unknown, use of numerous personal

1   identifiers, apparent drug use, prior supervised release
2   violation

3   _____

4   and/or

5   B.   (✓) The defendant has not met his/her burden of establishing by
6        clear and convincing evidence that he/she is not likely to pose
7        a danger to the safety of any other person or the community if
8        released under 18 U.S.C. § 3142(b) or (c).  This finding is based
9        on: prior violation of supervised release, apparent
10       drug use

11  _____
12  _____

13

14       IT THEREFORE IS ORDERED that the defendant be detained pending
15  the further revocation proceedings.

16

17  Dated:    1/2/14                    /s/ Jean Rosenbluth
                                         JEAN ROSENBLUTH
18                                       U.S. MAGISTRATE JUDGE

2